THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CONTINENTAL DIVIDE INSURANCE COMPANY, a Colorado corporation,<br><br>　　　　　　Plaintiff,<br>　v.<br><br>EPHRATA TRUCKING, LLC, a Washington limited liability company, *et al.*,<br><br>　　　　　　Defendants. | CASE NO. C18-1042-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. This action arises out of an underlying lawsuit that is currently being litigated in King County Superior Court. (Dkt. No. 5.) This action is STAYED for 90 days pending the outcome of the underlying state court lawsuit. The parties are DIRECTED to notify the Court if the state court lawsuit is resolved prior to the termination of the stay. The Court hereby DIRECTS the Clerk to administratively close this action for the duration of the stay.

//

//

//

MINUTE ORDER
C18-1042-JCC
PAGE - 1

DATED this 23rd day of October 2018.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk