THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CONTINENTAL DIVIDE INSURANCE COMPANY, a Colorado corporation, | CASE NO. C18-1042-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| EPHRATA TRUCKING, LLC, a Washington limited liability company, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' supplemental joint status report (Dkt. No. 23). The stay in this action is hereby EXTENDED by an additional 45 days to allow the underlying state court litigation to progress. The parties are DIRECTED to notify the Court if the state court litigation is resolved prior to the termination of the stay.

DATED this 15th day of May 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER
C18-1042-JCC
PAGE - 1