UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CONTINENTAL DIVIDE INSURANCE COMPANY, a Colorado corporation,<br><br>               Plaintiff,<br>    v.<br><br>EPHRATA TRUCKING, LLC, a Washington limited liability company, *et al.*,<br><br>               Defendants. | CASE NO. C18-1042-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' second supplemental joint status report (Dkt. No. 25). The stay in this action is hereby EXTENDED by an additional 45 days to allow the underlying state court litigation to progress. The parties are DIRECTED to notify the Court if the state court litigation is resolved prior to the termination of the stay.

DATED this 12th day of July 2019.

                                          William M. McCool
                                          Clerk of Court

                                          s/Tomas Hernandez
                                          Deputy Clerk