THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CONTINENTAL DIVIDE INSURANCE COMPANY, a Colorado corporation,<br><br>Plaintiff,<br><br>v.<br><br>EPHRATA TRUCKING, LLC, a Washington limited liability company, *et al.*,<br><br>Defendants. | CASE NO. C18-1042-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' third supplemental joint status report (Dkt. No. 27). The stay in this action is hereby EXTENDED by an additional 90 days to allow the underlying state court litigation to progress. The parties are DIRECTED to notify the Court if the state court litigation is resolved prior to the termination of the stay.

DATED this 3rd day of September 2019.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk